IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-1339

ANDREW WISEHART

    Plaintiff,

v.

UNITED STATES OF AMERICA and JOHN Y. OH, an individual

    Defendant.

**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT**

Plaintiff, Andrew Wisehart, by and through his undersigned counsel, Taussig & Smith, P.C., for his Complaint against the Defendant, and states as follows:

**INTRODUCTION**

1. This is an action against the Defendant, United States of America under the Federal Tort Claims Act, (28 U.S.C. §2671, *et seq.*) and 28 U.S.C. §1346(b)(1), for negligence and negligence per se in connection with an automobile collision between Plaintiff and an employee of the U.S. Postal Service, John Y. Oh which occurred on May 31, 2019, within the County of Boulder, State of Colorado.

2. The claims herein are brought against the Defendant pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, *et seq.*) and 28 U.S.C. §1346(b)(1), for money damages as compensation for personal injuries and property damage caused by the Defendant's negligence.

3. Plaintiff has fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act. *See Exhibit 1*.

4. This suit has been timely filed, in that Plaintiff timely served notice of his claim on the U.S. Postal Service less than two years after the incident forming the basis of this suit.

5. This Complaint is filed pursuant to 28 U.S.C. §2401(b) after receiving letters from the Law Department for the National Tort Center of the United States Postal Service advising of a 6-month period of time to adjudicate the claim and receiving no response to the Federal Tort Claims package following the 6-month adjudication time frame.

## PARTIES, JURISDICTION AND VENUE

6. Plaintiff, Andrew Wisehart, is and at all times relevant hereto was a resident of the State of Colorado.

7. Defendant United States of America, including its directors, officers, operators, administrators, employees, agents, and staff at the United States Postal Service are hereinafter collectively referred to as "Defendant USA".

8. Defendant John Y. Oh, is and at all time relevant hereto was a resident of the State of Colorado, hereinafter collectively referred to as "Defendant Oh".

9. At all times relevant to this Complaint, the directors, officers, operators, administrators, employees, agents, and staff were employed by and/or acting on behalf of the Defendant. Furthermore, the Defendant USA is responsible for negligent acts of its employees and agents under the doctrine respondent superior.

10. Defendant USA is and was at all times relevant to this Complaint a sovereign nation with a government overseeing various federal agencies, including the United States Postal Service.

11. Jurisdiction is proper under 28 U.S.C. §1346(b)(1).

12. The Court has subject matter jurisdiction over this dispute pursuant to the Federal Tort Claims Act, ("FTCA"), 28 U.S.C §2671, *et seq.* as Plaintiff's claims are for injuries and property damage arising out of a motor vehicle collision that occurred on May 31, 2019, in the County of Boulder, State of Colorado.

13. This Court also has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §1346(b)(1), which provides that the United States District Courts shall have exclusive jurisdiction of civil actions of claims against the United States for personal injury and property damage caused by the negligent or wrongful acts or omissions of any employee of the government while acting within the course and scope of his employment.

14. Venue is proper pursuant to 28 U.S.C. §1402(b) in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred within the County of Boulder, State of Colorado.

## FACTUAL ALLEGATIONS

15. On or about May 31, 2019, Plaintiff was driving a 2000 Chevrolet Silverado truck and was traveling northbound on County Line Road 1, in Boulder county, State of Colorado.

16. At the same time, Defendant Oh, was acting within the course and scope of his employment, delivering mail for the United States Postal Service, and was driving a 2015 Toyota Rav4. Defendant Oh was stopped at a stop sign at County Line Road 1 facing westbound on County Road 20.5.

17. Defendant Oh pulled out directly in front of Plaintiff, who had the right of way, and attempted to make an illegal left-hand turn.

18. Plaintiff's vehicle slammed into the passenger side of Defendant Oh's vehicle, at no less than 45 miles per hour. Plaintiff's vehicle was spun clockwise and rolled onto its' side off of the roadway where it came to rest partially submerged in a partially filled concrete irrigation ditch.

19. This collision was investigated by the Colorado State Patrol, and Defendant Oh was cited for *Careless Driving – Causing bodily injuries,* in violation of C.R.S. 42-4-1402)(2)(b).

20. Plaintiff sustained injuries and damages, including, but not limited to, weakness and numbness in bilateral hands, mid to upper back pain, lower back pain, left shoulder blade pain and headaches.

21. As a direct, immediate and proximate result of the crash, the Plaintiff, has suffered past, present and future pain and suffering, physical injuries, permanent injuries, loss of ability to enjoy life, has incurred medical expenses, and has incurred property damage and has sustained other injuries, damages and/or losses.

### FIRST CLAIM FOR RELIEF AGAIST DEFENDANT USA
### (NEGLIGENCE)

22. Plaintiff incorporates herein each allegation of this Complaint as if set forth verbatim herein.

23. At the time and place of said collision, Defendant Oh was acting within the course and scope of his employment with Defendant USA, and was operating his motor vehicle in a careless and negligent manner without due regard for the safety of persons and property, failed to have his vehicle under control, failed to follow standard traffic laws, was not paying attention to his driving and was otherwise negligent.

24. Said collision and Plaintiff's injuries and damages, as hereinafter set forth, were proximately caused by the negligence of Defendant Oh in the operation of his motor

vehicle, and Defendant USA is vicariously liable for Defendant Oh's negligence as he was acting within the course and scope of his employment with the United States Postal Service, an agency of Defendant USA, at the time of the said collision.

25. Employee of Defendant USA, Defendant Oh, operated his vehicle in a careless and/or negligent manner and did so in such a fashion as to cause the crash thereby causing injuries, damages and losses to the Plaintiff.

26. As a direct, immediate and proximate result of Defendant Oh's negligent actions and/or omission, the Plaintiff has suffered damages, injuries and losses.

27. As a direct, immediate and proximate result of Defendant Oh's negligence, Plaintiff has sustained injuries, which said injuries are of a permanent nature and which hac caused the Plaintiff pain, suffering and discomfort and which will continue to cause pain, suffering and discomfort.

28. As a direct, immediate and proximate result of Defendant Oh's negligence, Plaintiff has incurred property damages and has sustained damages, injuries and losses, including, but not limited to, past, present and future medical expenses, past, present and future pain and suffering, ongoing medical care and treatment, physical injuries, distress, permanent injuries, economic losses and damages, loss of enjoyment of life, property damage and all other injuries, damages and losses of Plaintiff.

29. All damages are in the past, present and future, whether so specifically delineated in each paragraph or not.

## SECOND CLAIM FOR RELIEF AGAINST DEFENDANT USA
### (NEGLIGENCE PER SE)

30. Plaintiff incorporates herein each allegation of this Complaint as if set forth verbatim herein.

31. Defendant USA's employee, Defendant Oh, operated his vehicle in a careless, and reckless manner and caused the collision with the vehicle occupied by the Plaintiff in violated of the traffic laws of this State, including, but not limited to, C.R.S. 42-4-1402(2)(b) (*Careless Driving – Causing bodily injuries*).

32. At the time of the subject collision, the Colorado Revised Statutes specifically set forth in the preceding paragraph were in full force and effect.

33. Said crash and Plaintiff's injuries and damages were proximately caused by the negligence of Defendant Oh, in the operation of his motor vehicle, and Defendant USA is vicariously liable for Defendant Oh's negligence as he was acting within the course and scope of his employment within the United States Postal Service, an agency of Defendant USA, at the time of said collision.

34. As a direct, immediate and proximate result of Defendant Oh's negligence per se, Plaintiff has been damaged and has suffered injuries, damages and losses.

35. As a direct, immediate and proximate result of Defendant Oh's negligence per se, Plaintiff has sustained damages, injuries and losses, including, but not limited to, past, present and future medical expenses, past, present and future pain and suffering, ongoing medical care and treatment, physical injuries, economic losses and damages, loss of enjoyment of life, property damage, and all other injuries, damages and losses of the Plaintiff.

36. All damages are in the past, present and future, whether so specifically delineated in each paragraph or not.

### THIRD CLAIM FOR RELIEF AGAIST DEFENDANT OH
### (NEGLIGENCE)

37. Plaintiff incorporates herein each allegation of this Complaint as if set forth verbatim herein.

38. At the time and place of said collision, Defendant Oh was acting within the course and scope of his employment with Defendant USA, and was operating his motor vehicle in a careless and negligent manner without due regard for the safety of persons and property, failed to have his vehicle under control, failed to follow standard traffic laws, was not paying attention to his driving and was otherwise negligent.

39. Said collision and Plaintiff's injuries and damages, as hereinafter set forth, were proximately caused by the negligence of Defendant Oh in the operation of his motor vehicle, and Defendant USA is vicariously liable for Defendant Oh's negligence as he was acting within the course and scope of his employment with the United States Postal Service, an agency of Defendant USA, at the time of the said collision.

40. Defendant Oh, operated his vehicle in a careless and/or negligent manner and did so in such a fashion as to cause the crash thereby causing injuries, damages and losses to the Plaintiff.

41. As a direct, immediate and proximate result of Defendant Oh's negligent actions and/or omission, the Plaintiff has suffered damages, injuries and losses.

42. As a direct, immediate and proximate result of Defendant Oh's negligence, Plaintiff has sustained injuries, which said injuries are of a permanent nature and which hac caused the Plaintiff pain, suffering and discomfort and which will continue to cause pain, suffering and discomfort.

43. As a direct, immediate and proximate result of Defendant Oh's negligence, Plaintiff has incurred property damages and has sustained damages, injuries and losses, including, but not limited to, past, present and future medical expenses, past, present and future pain and suffering, ongoing medical care and treatment, physical injuries, distress, permanent

injuries, economic losses and damages, loss of enjoyment of life, property damage and all other injuries, damages and losses of Plaintiff.

44. All damages are in the past, present and future, whether so specifically delineated in each paragraph or not.

**FOURTH CLAIM FOR RELIEF AGAINST DEFENDANT OH**
**(NEGLIGENCE PER SE)**

45. Plaintiff incorporates herein each allegation of this Complaint as if set forth verbatim herein.

46. Defendant USA's employee, Defendant Oh, operated his vehicle in a careless, and reckless manner and caused the collision with the vehicle occupied by the Plaintiff in violated of the traffic laws of this State, including, but not limited to, C.R.S. 42-4-1402(2)(b) (*Careless Driving – Causing bodily injuries*).

47. At the time of the subject collision, the Colorado Revised Statutes specifically set forth in the preceding paragraph were in full force and effect.

48. Said crash and Plaintiff's injuries and damages were proximately caused by the negligence of Defendant Oh, in the operation of his motor vehicle, and Defendant USA is vicariously liable for Defendant Oh's negligence as he was acting within the course and scope of his employment within the United States Postal Service, an agency of Defendant USA, at the time of said collision.

49. As a direct, immediate and proximate result of Defendant Oh's negligence per se, Plaintiff has been damaged and has suffered injuries, damages and losses.

50. As a direct, immediate and proximate result of Defendant Oh's negligence per se, Plaintiff has sustained damages, injuries and losses, including, but not limited to, past, present and future medical expenses, past, present and future pain and suffering, ongoing medical care

8

and treatment, physical injuries, economic losses and damages, loss of enjoyment of life, property damage, and all other injuries, damages and losses of the Plaintiff.

51. All damages are in the past, present and future, whether so specifically delineated in each paragraph or not.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff request that the Court enter judgment for them and against Defendants for actual damages in an amount which will reasonably compensate him for his damages, including compensation for:

a. Non-Economic losses incurred to the present time, or which will probably be incurred in the future, including, but not limited to, pain and suffering, inconvenience, emotional stress, and impairment of the quality of life;

b. Economic losses incurred to the present time, or which will be incurred in the future, including, but not limited to, loss of earnings or impairment of earning capacity, lost home services, and reasonable and necessary medical, hospital, and other expenses;

c. Physical impairment (past and future);

d. Disfigurement (past and future);

e. Pre-judgment and post-judgment interest (including interest from the date of the incident), costs, expert witness fees, and any other relief to which Plaintiffs are entitled, including exemplary damages once they are allowed to amend their complaint.

**PLAINTIFF HEREBY REQUESTS TRIAL BY JURY.**

Dated this 27th day of May, 2022.

TAUSSIG & SMITH, P.C.

*S/ John G. Taussig III*
John G. Taussig, III, Esq.
Elaine T. Corey, Esq.
TAUSSIG SMITH, P.C.
1873 S. Bellaire Street, Suite 400
Denver, CO 80222
Phone: 303-443-2700
Fax: None Designated

9

jt@taussigsmith.com  
elaine@taussigsmith.com  
ATTORNEYS FOR PLAINTIFF